UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD IDEN, | Case No.  3:20-cv-00309-MMD-WGC |
| Plaintiff | **ORDER** |
| v. | |
| ARTHUR DIXON, *et al.,* | |
| Defendants | |

I.   **DISCUSSION**

On May 28, 2020, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action on or before July 27, 2020.  (ECF No. 3 at 2).

On July 29, 2020, Plaintiff filed a motion for an extension of time to file a fully complete application to proceed *in forma pauperis.*  (ECF No. 7). The Court now grants Plaintiff's motion for an extension of time.  Plaintiff shall file a fully complete application to proceed *in forma pauperis*, including both a financial certificate and inmate account statement, or pay the full $400 filing fee on or before **September 29, 2020**.  Absent unusual circumstances, the Court will not grant any further extensions of time.

Plaintiff is advised that this case will not be placed in line for screening and the Court cannot and will not take any other action in this case until he submits a fully complete application to proceed *in forma pauperis*, including both a financial certificate and inmate account statement, or pays the full $400 filing fee on or before **September 29, 2020.**  With this order, the Court is providing Plaintiff with all the information necessary to complete these requirements.

If Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $400 filing fee on or before **September 29, 2020**, the Court will dismiss this case without prejudice for Plaintiff to file a new case with the Court when Plaintiff is either able to acquire all three of the documents needed

to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's motion for extension of time at ECF No. 7 is granted.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **September 29, 2020**, Plaintiff will either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $400 filing fee for a civil action on or before **September 29, 2020**, the Court will dismiss this action without prejudice for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

/ / /

/ / /

/ / /

/ / /

1    IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint

2   (ECF No.1-1) but will not file it at this time.

3    DATED:  July 31, 2020

4

5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -