UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD IDEN,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>ARTHUR DIXON, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:20-cv-00309-MMD-WGC<br><br>ORDER |

Plaintiff Richard Iden, a pro se prisoner, previously submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1.) Plaintiff now files a motion for voluntary dismissal. (ECF No. 10.) Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). The Court grants Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has been filed. Therefore, the Court dismisses this action without prejudice.

It is therefore ordered that the motion for voluntary dismissal (ECF No. 10) is granted.

It is further ordered that this action is dismissed, in its entirety, without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

It is further ordered that Plaintiff's outstanding motions (ECF Nos. 4, 5, 6, and 8) are denied as moot.

DATED THIS 27th Day of August 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE